THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Rodney Nash, Appellant.
 
 
 
 
 

Appeal From Spartanburg County
Thomas Anthony Russo, Circuit Court Judge 

 Unpublished Opinion No. 2010-UP-176
 
 Submitted January 4, 2010  Filed March 1,
 2010  

 APPEAL DISMISSED
 
 
 
 
 
 Senior Appellate Defender Joseph L.
 Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Donald J. Zelenka, all of Columbia; Solicitor Harold W. Gowdy, III, of
 Spartanburg, for Respondent.
 
 
 
 
 PER CURIAM: Rodney Nash was convicted of murder and possession
 of a firearm during the commission of a violent crime. Nash appeals arguing the
 trial court erred in failing to instruct the jury on the defense of alibi and admitting
 evidence without a proper foundation.  Nash also filed a pro se brief.  After a
 thorough review of the record and both briefs pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss Nash's appeal and grant counsel's motion
[1] 
 APPEAL
 DISMISSED.
 WILLIAMS,
 PIEPER, and LOCKEMY, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.